UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY,<br><br>          Plaintiff,<br><br>    v.<br><br>NOB HILL GRILL, et al.,<br><br>          Defendants. | Case No. 15-cv-05804-EDL<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Re: Dkt. No. 21 |

Plaintiff requests that his attorney, Thomas Frankovich, be permitted to appear by telephone at the hearing on Plaintiff's Motion to Substitute Party (Dkt. 15) scheduled for Tuesday May 31, 2016 at 2:00 p.m.

Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.

Unless otherwise directed by the courtroom deputy, counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

**IT IS SO ORDERED.**

Dated: May 26, 2016

                                               ELIZABETH D. LAPORTE
                                               United States Magistrate Judge